# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 15-563-02** |
| | : | |
| **DARNELL YOUNG** | : | |

## ORDER

**NOW**, this 20th day of October, 2016, upon consideration of the Motion to Dismiss Indictment for Lack of Subject Matter Jurisdiction to Prosecute (Document No. 128) and the defendant having been sentenced, it is **ORDERED** that the motion is **DENIED**.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.